# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGANES CHAPARYAN<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SARKIS MADJARIAN, et al.<br><br>　　　　Defendant(s). | CASE NO:<br>2:12-cv-01277-MMM-MAN<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

　　　On <u>6/09/2014</u>, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

　　　A written response to the Order to Show Cause was ordered to be filed no later than <u>07/07/2014</u>.

　　　No response having been filed to the Court's Order to Show Cause,

　　　IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

　　　**IT IS SO ORDERED.**

Dated: July 31, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Margaret M. Morrow
　　　　　　　　　　　　　　　　　　　United States District Judge